**No. 59815.**—John H. Faunce, N. Y., Inc., RCA Victor Div., Radio Corp. of America, et al. *v.* United States, protests 145011–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the paper record containers the subject of *United States* v. *Radio Corp. of America, RCA Victor Division* (41 C. C. P. A. 137, C. A. D. 541), the claim of the plaintiffs was sustained.

**No. 59816.**—Acrow, Incorporated, and Lep Transport, Inc. *v.* United States, protest 261016–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consists of building shores or jacks the same in all material respects as those involved in Abstract 57727, the claim of the plaintiffs was sustained.